IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 2:99-cr-00014-1 |
| v. | ) | |
| | ) | Judge Nixon |
| BILLY CLEGHORN | ) | |

## ORDER

Pending before the Court is Defendant Billy Cleghorn's Motion for Substitution of Counsel ("Defendant's Motion"). (Doc. No. 44.) Counsel of record is currently Isaiah S. Gant, Esq., who seeks a substitution of his services for Dwight E. Scott, Esq. Mr. Scott previously represented Mr. Cleghorn in this case, and has also filed a Notice of Appearance. (Doc No 43.) Upon consideration, Defendant's Motion is **GRANTED**. Mr. Grant is relieved, and Mr. Scott is **SUBSTITUTED** as counsel of record in the above-captioned case.

It is so ORDERED.

Entered this the 3rd day of October, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT